# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | E1210309 | TAPIA | P1777 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/26/2025 1112 pm
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 41 CFR 102-74.380

Place of Offense: 4310 S Macadam St Ave. (START)
Portland, OR, 97239

Offense Description: Factual Basis for Charge: Preservation of Property

HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: Cox
First Name: Daniel
MI: L

[Street Address and other personal info redacted]

| | APPEARANCE IS REQUIRED | | APPEARANCE IS OPTIONAL |
|---|---|---|---|
| A ☒ | If Box A is checked, you must appear in court. See instructions. | B ☐ | If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1000 SW 3rd Ave, Portland, OR, 97204
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1210309*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

[blank lines]

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/18/2025 8:48